IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| QUINCY MYERS, | No. 4:24-CV-00763 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| BRANDON WHEELER, | |
| Defendant. | |

### ORDER

### SEPTEMBER 24, 2024

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Wheeler's motion to dismiss (Doc. 6) is **GRANTED** in part and **DENIED** in part;

2. Myers' claim for selective enforcement (Count 4) is **DISMISSED** without prejudice, while all other claims may proceed; and

3. Myers may, if he chooses, file an amended complaint on or before October 8, 2024.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge